IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUAN LUIS VILLA DELGADO      :      CIVIL ACTION
                                :
         v.                 :
                                  :
WARDEN OF THE FEDERAL      :      NO. 26-158
DETENTION CENTER PHILADELPHIA,   :
et al.                        :

ORDER

      AND NOW, this 14th day of January 2026, it is hereby

ORDERED that petitioner Juan Luis Villa Delgado shall not be

transferred out of the Eastern District of Pennsylvania pending

further order of this court.


                           BY THE COURT:


                           /s/  Harvey Bartle III
                                                J.