IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN LUIS VILLA DELGADO,<br><br>　　　　　Petitioner,<br><br>v.<br><br>WARDEN OF THE FEDERAL<br>DETENTION CENTER<br>PHILADELPHIA, *et al.*<br><br>　　　　　Respondents. | :<br>:<br>:<br>:<br>:<br>:  Case No. 2:26-cv-00158<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION AND ORDER

Petitioner is a non-citizen who has been detained by immigration authorities and filed this action for a writ of habeas corpus on January 14, 2026 (Doc. No. 1).

To expeditiously resolve the petition, the parties hereby stipulate and agree to waive oral argument and respectfully request that the Court decide the petition for a writ of habeas corpus on the papers at the Court's earliest convenience.

Dated:  January 28, 2026

So stipulated and respectfully submitted,

DAVID METCALF
United States Attorney

*/s/ Pretty S. Martinez*　　　　　　　　　*/s/ Andrew R. Fuchs*
PRETTY S. MARTINEZ　　　　　　　　　ANDREW R. FUCHS
Law Office of Matthew Archambeault　　Assistant United States Attorney
216 Haddon Avenue, Suite 402　　　　　Eastern District of Pennsylvania
Haddon Township, NJ 08108　　　　　　615 Chestnut Street, Suite 1250
Phone: (856) 890-9320　　　　　　　　　Philadelphia, PA 19106
Email:　　　　　　　　　　　　　　　　Phone:  (215) 861-8350
prettysmartinez@archambeaultlaw.com　Email:  Andrew.Fuchs@usdoj.gov

*Counsel for Petitioner*　　　　　　　　*Counsel for Respondents*

1

AND NOW, upon consideration of the parties' stipulation, it is hereby ORDERED that the petition for a writ of habeas corpus will be decided on the papers and without oral argument.

BY THE COURT

Dated: <u>January 28, 2026</u>     <u>/s/  Harvey Bartle III    </u>
                                                                    J.